No. 16–0731/AR. U.S. v. Austin L. Hendrix. CCA 20140476. Appellant's motion to extend time to file a brief granted to January 26, 2017.

No. 17–0079/AF. United States, Appellant/Cross–Appellee v. Patrick Carter, Appellee/Cross–Appellant. CCA 38708. Appellee/Cross–Appellant's motion to dismiss the certificate for grant of review is denied.

No. 17–0138/AF. U.S. v. Jason K. Slape. CCA 38801. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2017.

No. 17–0139/AR. United States, Cross–Appellant/Appellee v. Justin M. Gurczyski, Cross–Appellee/Appellant. CCA 20160402. Cross–Appellee/Appellant's motion to extend time to file a brief granted to January 18, 2017.

No. 17–0142/AR. U.S. v. Antione D. Williams. CCA 20130446. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

No. 17–0143/CG. U.S. v. Ernest M. Ramos. CCA 1418. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

No. 17–0148/AF. U.S. v. Stephen H. Claxton. CCA 38188. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

Tuesday, December 27, 2016

